**ORIGINAL**

1-MAY-2014
FILED
MAY 8 2014
U.S. COURT OF
FEDERAL CLAIMS

14- 393C

Stacy Allen Taylor. (petitioner)
plaintiff(s)
                vs
United States of America et.al. (Respondents)
U.S. Attorney's office western District Ky c/o Asst U.S. Atty. Jefferson-Webb
FBI Office, western District Ky
U.S. Marshals office western District Ky
U.S. Secret Service washington DC c/o Julia Pearson Director
F.B.I. Office Washington DC c/o Director
Former Judge Jennifer Coffman Western District Ky
CIA Office c/o John Brennon
Defendent(s)        "Petition"

In Support of Motion to proceed in A "Civil procedure" in pursuant to Rule 39, I Stacy Allen Taylor petition the Court to proceed in A Civil petition Against the Above Defendents. AKA (Respondents)

The Plaintiff AKA Petitioner from 5-23-2011 begin Notifying One or All Defendents of A Agreement Made between the CIA Agent Michael Hayse And the plaintiff, which was Approved by U.S. Attorney General Eric Holder Signed And Sealed with the Department of Justice Seals. This Agreement was given to the plaintiff by Agent Michael Hayse in A Hospital in Germany After he was Rescued while being tortured by several former members

P.1

FILED
MAY 8 2014
U.S. COURT OF
FEDERAL CLAIMS

RECEIVED
MAY -8 2014
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

of the IRA. This was a Agreement to Assist the U.S. CIA Agents M.H., R.L., P.N., and H.G. in Collecting Information and Assets from the IRA (Irish Republican Army) the Associates and partners. In Exchange (Under USC code or codes 18 USC 3521 Witness protection), and full Immunity from any prosecution, Constructed by the IRA, including any State and Federal Charges prior and During the Imposed CIA and the plaintiff(s) Agreement.

In May on the 23rd 2011 the plaintiff Did a Deposition sealed with the U.N. to Report Corruption with the CIA Select few involved in "Acts of Terrorism," "Acts of Treason" "Espionage", "Bank Shaving", "Treasury Theft", Drug Trafficking, Human Trafficking, Weapons Trafficking, including the Sale of a Russian Nuclear Warhead Design, Nuclear Components and Radio Active Cores filled with a Core full of Enriched Uranium.

These Materials came from Decommissioned Nuclear Warheads from Belarus, Kazakstan, and Ukraine. They were Sold to Iran, N.Korea, and Hezbollah in Lebanon to Assemble and Distribute thru a Facility in Lebanon.

The plaintiff thru the U.N. Met a Intel Agent from Canada R.G., She introduced the plaintiff to U.S. Ambassador Chris Stevens, who Received Evidence of this Illegal Organized

p 2

Terrorism and Brokered terrorism being preformed by the select few corrupt. The plaintiff as a Financial Controller for the corrupt and a witness against the Aprox 26 Terrorist and crime organizations plus the IRS, hid Assets, Cash, gold, weapons. The plaintiff photoed, scanned, videoed, Assets Acquired, and in August on the 13th 2010 Deposited $5,000,000.00 USD into a CIA Agent partner Account, and then placed Aprox $1,500,000.00 in Agent P.N.'s Account, and then placed $1,462,500.00 into Agent M.H.'s Account in HongKong, China.

In Early August 2010, the plaintiff went to a port in Baku with Agent M.H., we went down the Caspian Sea to a port north of Tehran, They off Loaded weapons from Russia, Syrian Long Range Missiles and filled 3 trucks, there was a Hezbollah Leader name Hassan Al Leki, who exchanged 3 prisoners one American 2 frenchmen, The American they called "Chy Chy Bob as in Uncle Bob We no him as Robert Levinson".

The plaintiff Questioned Agent M.H. and was told to Mind his own Business, The Nuclear Components WERE to go with a General FAIZI? Iranian Guard to a underground prison next to the Gorgan Mts about 4 hrs from Mashad Iran.

p. 3

The Plaintiff Seen Robert Levinson Again in Early May 2011 At the underground prison.

The plaintiff Reported All of this information And More in over 3100 Letters, to the PEOPle Known As the Defendents including The Boston Bombing, And the Death of Anne Smedinghoff, in 15 plus letters sent out No Later than March 17th 2013, The Last 2 to Julia Pearson Director of the Secret Service.

"In July on the 1st 2012 A Man from "Egypt Mizo" visited the plaintiff told him About the plan to Bomb the U.S. Hong Kong Consolate Building And Boston As A Attack on the IRISH (IRA) For Money Owed to them, they were to do it July 4th 2012, He Reported A Man "Doran" Hassan Al Sani's "Partner" Who is Known As the "Underwear Bomber", Hassan planned And Assisted in the Bombing of Boston, he Ordered A Man Faradj to kill "Chris Stevens" And Staff, this Was A Original Order from the CIA Corrupt. "Chris Stevens" Confided in Anne Smedinghoff, And in A "Wisam Al Hasan" A Lebanon Intel leader of this Corruption, All 3 And More Are Dead The People Who Killed them Hassan Al Lekie, Who killed "Wisam" is Dead

p 4

"Howkie Mula Mossud" who ordered And Executed "Anne Smedinghoff's" Death, He was Also Killed.

All of the Events plotted, planned and Executed by the Corrupt CIA could have been prevented if the people who took A Oath to uphold the Law, Failed.

By the Rules and Regulations of the "Anti-Terrorist Act" the plaintiff by Law was to Report these threats. The Plaintiff Did over 3/100 times & 4 times in A legal Depositions. The Defendents Did Not Respond So innocent people Lost there Lives.

The plaintiff petitions the Court to simply turn over this Evidence in Open Court to prove, the Neglected and Wrongfull Death of Chris Stevens, Security Agent Woods, Security Agent Smith, And Others, in Benghazi; Agent R.G. who was Raped And Brutally Murdered in A Islamist Camp in Russia by A Corellrov/Urbanov R.A.I.L. Group, Wissan Al Hasan Lebanon Intel leader, And Anne Smedinghoff and Staff who Died by the Hands of Howkie Mula Mossud, Along with the people of Boston who Died and the others that were injured to prevent Any more Corruption.

p5

The plaintiff petitions the Court to Simply uphold the Law, and let the truth be Heard. The plaintiff currently is Holding Assets and Information, photos, videos, scans, for the Illegal Activetey, The Corrupt CIA and Groups have performed in 2010 and in 2011, Information and Assets Belonging to Terrorist, criminal and other organizations, that will cause Harm to the American people, The plaintiff's family and the plaintiff.

The plaintiff petitions the court in Return for this suit and Civil procedure filed his Original "18 USC 3521" Agreement be Honored, and the Recurring monthly payments from the CIA as a informant Kept going until the plaintiff is Safe.

The plaintiff in No Way is implement The CIA, U.S. Attorney General, or any of the others in the corruption stated only, the Neglect of Acting on the corruption Leading to the Death of the plaintiff friends, and Colleague's.

Sworn and Executed on this Day the 1st of May, 2014 by

P6

Stacy Allen Taylor / Stacy Allen Taylor
Plaintiff

The Start

Terror / Calendar

4-28-2014 "A U.S. Official Like Chris Stevens
by 5-28-2014 will Die And A Attack on U.S. Soil"
by 7-04-2014 A Catastrophic Attack.

Proposed Bombing in Boston
They vandalized the U.K. Consulate
Benghazi, Connection organized and
Killed Chris Stevens Order by CIA
The Order by CIA to Boston high Masons
& ATF "Kenner Snellinghoff"

The Boston Bombing
MH 370 Planned in 2010, Started
to ... Committed to 3-8
= 15-1=12
= 8-1=

$3^2 = 4/14$²

7-4-2012
9-11-2012
4-11-2013
4-15-2013
3-6-2014

27+27+
3+1=4 27+1=28
4-28-2014
by 5-28-2014
by 7-4-2014

Genesis
Doran, Hassan Al Eris's Partner was Arrested
7+4= 11        He was Killed by A Man Friends
9+2= 11        I Forwarded them on March 17 2012
4+11= 15       in over 15 letters, Connect the SS
July 4th= 11   Tsarnaev Brothers
3+6= 9  +1 = 3/10
57 = 14+1  3+7 = 7/14 ¹

So you Know  3+1 = 4+1=5
5/14/2014 ? Ky Derby ?
5+28 = 33 +1
5283Y or EB83Y
78 7 or EBHCD

New Cycle

MH370  The Took All Electronics, Turned off All Communications, Turned Went Down to About 12,000 to 10,000 feet, The were going to try to Remove the BlackBoxes but the Landed in Cambodia, They Took Every thing of Value off, Women Children Seats etc... You Name it, Killed the Useless, Took off up to About 19000 feet Killed the Men, and left overs, And Set Plane for No Where, Jumped out They planted 3 Explosives, When Plane Crashed and Sank, They went off Or Just kept it and Chopped it up